ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALAN ALEXANDER QUINTERO,<br><br>Defendant. | CASE NO. 2:26-CR-00173-DJC<br><br>ORDER TO FILE REDACTED COPY OF INDICTMENT |

The government's motion to unseal portions of the indictment and keep any reference to the other defendants sealed, and to file a redacted copy of the sealed indictment is GRANTED.

Dated: October 19, 2026

/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
Chief United States Magistrate Judge