ERIC GRANT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALAN ALEXANDER QUINTERO,<br>Defendant. | CASE NO. 2:26-CR-0173-DJC<br>ORDER |

**ORDER**

Upon the motion of the United States, good cause having been shown,

IT IS HEREBY ORDERED that the order issued October 22, 2026, by the United States Magistrate Judge for the Southern District of California, authorizing the release of the defendant, Alan Alexander Quintero, shall be stayed until further order of this Court, and the defendant shall remain in the custody of the United States Marshal's Service pending further proceedings before this Court on the government's motion to revoke the release order pursuant to Title 18, United States Code, Section 3145;

IT IS FURTHER ORDERED that the United States Marshal's Service shall promptly transport the defendant from the Southern District of California to the Eastern District of California for such proceedings.

DATED: October 22, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE