UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 24, 2026
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ALAN ALEXANDER QUINTERO,

Defendant.

Case No. 2:26-cr-00173-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release ALAN ALEXANDER QUINTERO, Case No. 2:26-cr-00173-DJC, Charge 21 U.S.C. §§ 846, 841(a)(1), from custody for the following reasons:

____ Release on Personal Recognizance

X Bail Posted in the Sum of $ 300,000.00.

____ Unsecured Appearance Bond $ ____

____ Appearance Bond with 10% Deposit

X Appearance Bond with Surety

____ Corporate Surety Bail Bond

X (Other): The Defendant shall report to the Pretrial Services Agency at 9:00 a.m. on the first working day following his release.

____ Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on November 24, 2026 at 8:00 a.m.

By: ________________
Magistrate Judge Jeremy D. Peterson